Argued and submitted January 30, affirmed April 5, petition for review denied August 3, 2017 (361 Or 800)

In the Matter of M. T. U.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

R. F.,
aka A. U.,
*Appellant.*

Marion County Circuit Court
15JU03763; A163030

391 P3d 993

Tiffany Keast argued the cause and filed the brief for appellant.

Inge D. Wells, Assistant Attorney General, argued the cause for respondent. With her on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Duncan, Presiding Judge, and DeVore, Judge, and Garrett, Judge.

## PER CURIAM

In this dependency case, mother appeals a juvenile court judgment terminating her parental rights to her daughter on the ground of unfitness, ORS 419B.504. We reject without written discussion mother's first assignment of error. In her second assignment of error, mother contends that the juvenile court erred in terminating her parental rights because the Department of Human Services (DHS) failed to establish by clear and convincing evidence that she is presently unfit to parent by reason of "conduct or condition seriously detrimental to the child," that integration of the child into mother's care is improbable within a reasonable time due to conduct or conditions not likely to change, and that termination is in the best interests of the child. ORS 419B.504; ORS 419B.500.

A discussion of the facts of this case would not benefit the bench, the bar, or the public. On *de novo* review, ORS 19.415(3)(a), we conclude that the juvenile court properly terminated mother's parental rights for unfitness under ORS 419B.504 and that termination is in the best interests of the child.

Affirmed.